### 2246.   WILSON *v.* THE STATE.

HILL, C. J. On the trial of a criminal case, where the proved circumstances raise only a bare suspicion of guilt, and are too weak and inconclusive to prove guilt, or to exclude a reasonable hypothesis of innocence, a verdict of conviction is without evidence to support it and should be set aside as contrary to law. *Griffin* v. *State,* 2 *Ga. App.* 534 (58 S. E. 781). *Judgment reversed.*

POWELL, J. I dissent. I think there is evidence to raise more than a mere suspicion. It was a jury question.

Accusation of gaming; from city court of Swainsboro—Judge Mitchell. October 1, 1909.

Argued November 30,—Decided December 10, 1909.

*Saffold & Larsen,* for plaintiff in error.

*A. S. Bradley, solicitor,* contra.